# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.    8:25-cv-00527-TJH-AJR                    Date: October 9, 2025
                                                      Page 1 of 2

Title:     Jason Robert Lee v. Kristy Underwood, et al.

---

**DOCKET ENTRY:   ORDER TO SHOW CAUSE WHY THIS ACTION SHOULD NOT BE DISMISSED PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 4(M)**

---

PRESENT:

**HONORABLE A. JOEL RICHLIN, UNITED STATES MAGISTRATE JUDGE**

| Claudia Garcia-Marquez | None | None |
|---|---|---|
| Deputy Clerk | Court Reporter/Recorder | Tape No. |

ATTORNEYS PRESENT FOR PLAINTIFF:        ATTORNEYS PRESENT FOR DEFENDANTS:

None Present                                                  None Present

**PROCEEDINGS:  (IN CHAMBERS)**

On March 19, 2025, *pro se* Plaintiff Jason Robert Lee ("Plaintiff") filed a Complaint pursuant to 42 U.S.C. § 1983 against Kristy Underwood and Addison Beach (collectively "Defendants").  (Dkt. 1)

On June 23, 2025, the Court ordered Plaintiff to complete proper service on each Defendant by September 23, 2025, and advised Plaintiff that failure to do so could result in dismissal under Federal Rule of Civil Procedure 4(m).  (Dkt. 8.)  The Court explained that Plaintiff must obtain executed summonses from the Clerk of Court and serve both the summons and Complaint in compliance with Rule 4(e), either by following state law for service or by personal delivery, leaving a copy at the defendant's dwelling, or delivering to an authorized agent.  (Id.)

Under Federal Rule of Civil Procedure Rule 4(m), if a defendant is not served within 90 days after filing, the Court must dismiss the action without prejudice or order

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.     8:25-cv-00527-TJH-AJR                                    Date:  October 9, 2025
                                                                                            Page 2 of 2

Title:          Jason Robert Lee v. Kristy Underwood, et al.

service within a specified time, unless good cause is shown.  Because the Complaint was filed on March 19, 2025, the service deadline expired on June 17, 2025.

As of the date of this Order, no defendant has appeared in the action and no proof of service has been filed.  Therefore, pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, **Plaintiff is ORDERED TO SHOW CAUSE no later than October 25, 2025**, why this action should not be dismissed without prejudice for failure to timely effectuate service on every defendant.  To satisfy this Order, Plaintiff must either file a proof of service demonstrating service of the Complaint, Summons, and Notice of Assignment on every defendant, or Plaintiff must file a response explaining why this action should not be dismissed for failure to timely effectuate service on the defendant.

**Plaintiff is explicitly cautioned that failure to timely respond to this Order will result in a recommendation that this action be dismissed without prejudice pursuant to Rule 4(m).  If Plaintiff no longer wishes to pursue this action, Plaintiff may voluntarily dismiss the action pursuant to Federal Rule of Civil Procedure 41(a).  <u>A Notice of Dismissal form is attached for Plaintiff's convenience.</u>**

IT IS SO ORDERED.

Attachment:
CV-09, Notice of Dismissal Pursuant to Federal Rules of Civil Procedure 41(a) or (c).