JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON ROBERT LEE, | Case No. 8:25-cv-00527-TJH-AJR |
| Plaintiff, | |
| v. | JUDGMENT |
| KRISTY UNDERWOOD, ET AL., | |
| Defendants. | |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: December 11, 2025

_____
HON. TERRY J. HATTER, JR.
UNITED STATES DISTRICT JUDGE